

| | | |
|---|---|---|
| Indian Wells<br>(760) 568-2611 | **BEST BEST & KRIEGER**<br>ATTORNEYS AT LAW | Sacramento<br>(916) 325-4000 |
| Irvine<br>(949) 263-2600 | | San Diego<br>(619) 525-1300 |
| Los Angeles<br>(213) 617-8100 | 3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502<br>Phone: (951) 686-1450 \| Fax: (951) 686-3083 \| www.bbklaw.com<br>Tax ID # 95-2157337 | Walnut Creek<br>(925) 977-3300 |
| Ontario<br>(909) 989-8584 | | Washington DC<br>(202) 785-0600 |

HONORABLE PATRICIA COWETT
3100 FRONT STREET
UNIT D
SAN DIEGO, CA 92103

May 22, 2012
Invoice 678427
JBG
Page 1

## INVOICE SUMMARY

*For Professional Services Rendered Through April 30, 2012:*

Our Matter # 60987.00001
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

| | | |
|---|---|---:|
| Current Fees: | $ | 2,112.00 |
| Current Reimbursable Costs: | | 132.33 |
| Total Current Billings For This Matter: | $ | 2,244.33 |
| Balance from Previous Statement: | | 1,205.30 |
| Payments and Other Credits Received: | | (1,205.30) |
| Prior Outstanding Balance: | | 0.00 |
| Total Amount Due: | $ | 2,244.33 |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**

Indian Wells
(760) 568-2611

Irvine
(949) 263-2600

Los Angeles
(213) 617-8100

Ontario
(909) 989-8584



# Best Best & Krieger LLP
ATTORNEYS AT LAW

3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502
Phone: (951) 686-1450 | Fax: (951) 686-3083 | www.bbklaw.com
Tax ID # 95-2157337

Sacramento
(916) 325-4000

San Diego
(619) 525-1300

Walnut Creek
(925) 977-3300

Washington DC
(202) 785-0600

Our Matter # 60987.00001
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

May 22, 2012
Invoice 678427
Page 2

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 03/01/12 | PREPARE ▮▮▮▮; EMAILS WITH OPPOSING COUNSEL RE SAME<br>ASSOCIATE: ADRIANA SANCHEZ | 0.50 |
| 03/02/12 | ▮▮▮▮; DISCUSSION WITH COUNSEL RE SAME; EMAILS RE SAME; ▮▮▮▮<br>ASSOCIATE: ADRIANA SANCHEZ | 3.10 |
| 03/07/12 | VOICE-MAIL FROM JUDGE COWETT RE ▮▮▮▮; DRAFT & FILE ▮▮▮▮<br>ASSOCIATE: ADRIANA SANCHEZ | 0.30 |
| 03/12/12 | T/CONF W/ JUDGE COWETT RE ▮▮▮▮; ▮▮▮▮; EVALUATION RE PLEADINGS<br>ASSOCIATE: ADRIANA SANCHEZ | 0.70 |
| 04/17/12 | EVALUATION RE ▮▮▮▮; T/CONF W/ JUDGE COWETT RE SAME<br>ASSOCIATE: ADRIANA SANCHEZ | 0.30 |
| 04/18/12 | T/CONF W/ JUDGE COWETT RE ▮▮▮▮; EVALUATION RE ▮▮▮▮ REVIEW ▮▮▮▮<br>ASSOCIATE: ADRIANA SANCHEZ | 0.50 |
| 04/19/12 | RESEARCH RE ▮▮▮▮; BEGIN TO DRAFT ▮▮▮▮<br>ASSOCIATE: ADRIANA SANCHEZ | 1.10 |
| 04/20/12 | T/CONF W/ JUDGE COWETT RE ▮▮▮▮; CONTINUE TO DRAFT SAME<br>ASSOCIATE: ADRIANA SANCHEZ | 0.30 |
| 04/23/12 | CONTINUE RESEARCH RE ▮▮▮▮<br>ASSOCIATE: ADRIANA SANCHEZ | 0.40 |
| 04/26/12 | RESEARCH RE ▮▮▮▮ DRAFT ▮▮▮▮; EMAILS TO ▮▮▮▮ RE SAME<br>ASSOCIATE: ADRIANA SANCHEZ | 0.80 |
| 04/27/12 | EMAILS RE ▮▮▮▮<br>ASSOCIATE: ADRIANA SANCHEZ | 0.40 |

*Privileged and Confidential*

Indian Wells
(760) 568-2611

Irvine
(949) 263-2600

Los Angeles
(213) 617-8100

Ontario
(909) 989-8584



**BEST BEST & KRIEGER**
ATTORNEYS AT LAW

3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502
Phone: (951) 686-1450 | Fax: (951) 686-3083 | www.bbklaw.com
Tax ID # 95-2157337

Sacramento
(916) 325-4000

San Diego
(619) 525-1300

Walnut Creek
(925) 977-3300

Washington DC
(202) 785-0600

Our Matter # 60987.00001
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

May 22, 2012
Invoice 678427
Page 3

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 04/30/12 | EVALUATION RE ▓▓▓▓ ; FILE ▓▓▓▓▓▓▓▓ | 0.40 |
| | ASSOCIATE: ADRIANA SANCHEZ | |

**Summary of Fees:**

| Timekeeper | Title | Hours | Rate/Hr | Amount |
|---|---|---|---|---|
| ADRIANA SANCHEZ | ASSOCIATE | 8.80 | 240.00 | 2,112.00 |
| | Total Hours: | 8.80 | | |

Total Fees for Professional Services  $  2,112.00

**Reimbursable Costs:**

MESSENGER

| 02/24/12 | FILING MATTER ESTATE ROBERT F STONER GUARDIAN AD LITEM PATRICIA COWETT'S-SDSC-VISTA - FIRST LEGAL NETWORK, LLC (ARS) | 128.25 |
|---|---|---|
| | SUBTOTAL: | 128.25 |
| 04/30/12 | PRINT COST | 4.08 |

Total Reimbursable Costs  $  132.33

Total Current Billings For This Matter:  $  2,244.33

*Privileged and Confidential*


| | | |
|---|---|---|
| Indian Wells<br>(760) 568-2611<br>Irvine<br>(949) 263-2600<br>Los Angeles<br>(213) 617-8100<br>Ontario<br>(909) 989-8584 | **BB&K**<br>**BEST BEST & KRIEGER**<br>ATTORNEYS AT LAW<br><br>3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502<br>Phone: (951) 686-1450 \| Fax: (951) 686-3083 \| www.bbklaw.com<br>Tax ID # 95-2157337 | Sacramento<br>(916) 325-4000<br>San Diego<br>(619) 525-1300<br>Walnut Creek<br>(925) 977-3300<br>Washington DC<br>(202) 785-0600 |


HONORABLE PATRICIA COWETT
3100 FRONT STREET
UNIT D
SAN DIEGO, CA 92103

May 22, 2012
Invoice 678427
JBG

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

**INVOICE SUMMARY**

*For Professional Services Rendered Through April 30, 2012:*

Our Matter # 60987.00001
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

| | | |
|---|---|---|
| Current Fees: | $ | 2,112.00 |
| Current Reimbursable Costs: | | 132.33 |
| Total Current Billings For This Matter: | $ | 2,244.33 |
| Balance from Previous Statement: | | 1,205.30 |
| Payments and Other Credits Received: | | (1,205.30) |
| Prior Outstanding Balance: | | 0.00 |
| Total Amount Due: | $ | 2,244.33 |

---

**To Pay by credit card, please complete the information below.**

Credit Card # (Visa, MasterCard, Discover, American Express)      Expiration Date

Amount of Charge      Signature      Daytime Phone No.

**The following information is needed to process a Wire or ACH payment:**

**Receiving Bank:**
**Name of Bank:**
**Bank of America**
Riverside, CA 92501

Name of Account: Best, Best & Krieger LLP (Concentration Account)
Branch #: 1496    Account #: 14961-50991
Routing # (wire): 026009593
Routing # (ACH): 122000661
SWIFT # BOFAUS3N (use for ebanking and/or international transfers)
Reference Detail: Matter number or Invoice number, if available


| | | |
|---|---|---|
| Indian Wells<br>(760) 568-2611 | **Best Best & Krieger**<br>ATTORNEYS AT LAW | Sacramento<br>(916) 325-4000 |
| Irvine<br>(949) 263-2600 | | San Diego<br>(619) 525-1300 |
| Los Angeles<br>(213) 617-8100 | 3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502<br>Phone: (951) 686-1450 \| Fax: (951) 686-3083 \| www.bbklaw.com<br>Tax ID # 95-2157337 | Walnut Creek<br>(925) 977-3300 |
| Ontario<br>(909) 989-8584 | | Washington DC<br>(202) 785-0600 |

HONORABLE PATRICIA COWETT
3100 FRONT STREET
UNIT D
SAN DIEGO, CA 92103

June 27, 2012
Invoice 680664
JBG
Page 1

---

### INVOICE SUMMARY

*For Professional Services Rendered Through May 31, 2012:*

Our Matter # 60987.00001
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

| | | |
|---|---|---:|
| Current Fees: | $ | 1,896.00 |
| Total Current Billings For This Matter: | $ | 1,896.00 |
| Balance from Previous Statement: | | 2,244.33 |
| Payments and Other Credits Received: | | 0.00 |
| Prior Outstanding Balance: | | 2,244.33 |
| Total Amount Due: | $ | 4,140.33 |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**

<␂>


| Indian Wells | | Sacramento |
| --- | --- | --- |
| (760) 568-2611 | **BB&K** | (916) 325-4000 |
| Irvine | **BEST BEST & KRIEGER** | San Diego |
| (949) 263-2600 | ATTORNEYS AT LAW | (619) 525-1300 |
| Los Angeles | | Walnut Creek |
| (213) 617-8100 | 3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502 | (925) 977-3300 |
| Ontario | Phone: (951) 686-1450 \| Fax: (951) 686-3083 \| www.bbklaw.com | Washington DC |
| (909) 989-8584 | Tax ID # 95-2157337 | (202) 785-0600 |

Our Matter # 60987.00001  
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

June 27, 2012  
Invoice 680664  
Page 2

| DATE | DESCRIPTION | HOURS |
| --- | --- | --- |
| 05/01/12 | EVALUATION/REVIEW RE [redacted] <br> ASSOCIATE: ADRIANA SANCHEZ | 0.90 |
| 05/03/12 | REVIEW PLEADINGS; EMAILS RE [redacted] <br> ASSOCIATE: ADRIANA SANCHEZ | 0.80 |
| 05/07/12 | REVIEW PLEADINGS RE [redacted] <br> ASSOCIATE: ADRIANA SANCHEZ | 1.10 |
| 05/08/12 | EVALUATION RE PLEADINGS [redacted] <br> ASSOCIATE: ADRIANA SANCHEZ | 0.80 |
| 05/09/12 | EVALUATION RE [redacted]; EMAIL RE SAME; EVALUATION RE [redacted]; EMAILS RE SAME <br> ASSOCIATE: ADRIANA SANCHEZ | 0.90 |
| 05/14/12 | EMAILS RE [redacted]; REVIEW P[redacted]; EVALUATION RE PLEADINGS <br> ASSOCIATE: ADRIANA SANCHEZ | 1.70 |
| 05/16/12 | T/CONF [redacted] RE [redacted]; CASE; EVALUATION RE <br> ASSOCIATE: ADRIANA SANCHEZ | 0.30 |
| 05/17/12 | REVIEW [redacted]; REVIEW PLEADINGS RE [redacted]; REVIEW EMAILS RE SAME <br> ASSOCIATE: ADRIANA SANCHEZ | 0.70 |
| 05/29/12 | EMAILS RE [redacted]; EMAILS RE [redacted] <br> ASSOCIATE: ADRIANA SANCHEZ | 0.70 |

**Summary of Fees:**

| Timekeeper | Title | Hours | Rate/Hr | Amount |
| --- | --- | --- | --- | --- |
| ADRIANA SANCHEZ | ASSOCIATE | 7.90 | 240.00 | 1,896.00 |
| | Total Hours: | 7.90 | | |

**Total Fees for Professional Services**     $    1,896.00

*Privileged and Confidential*



Indian Wells
(760) 568-2611

Irvine
(949) 263-2600

Los Angeles
(213) 617-8100

Ontario
(909) 989-8584

**BEST BEST & KRIEGER**
ATTORNEYS AT LAW

3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502
Phone: (951) 686-1450 | Fax: (951) 686-3083 | www.bbklaw.com
Tax ID # 95-2157337

Sacramento
(916) 325-4000

San Diego
(619) 525-1300

Walnut Creek
(925) 977-3300

Washington DC
(202) 785-0600

Our Matter # 60987.00001
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

June 27, 2012
Invoice 680664
Page 3

| | |
|---|---|
| Total Current Billings For This Matter: | $ 1,896.00 |

*Privileged and Confidential*



# Best Best & Krieger

ATTORNEYS AT LAW

3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502
Phone: (951) 686-1450 | Fax: (951) 686-3083 | www.bbklaw.com
Tax ID # 95-2157337

Indian Wells
(760) 568-2611

Irvine
(949) 263-2600

Los Angeles
(213) 617-8100

Ontario
(909) 989-8584

Sacramento
(916) 325-4000

San Diego
(619) 525-1300

Walnut Creek
(925) 977-3300

Washington DC
(202) 785-0600

HONORABLE PATRICIA COWETT
3100 FRONT STREET
UNIT D
SAN DIEGO, CA 92103

June 27, 2012
Invoice 680664
JBG

### INVOICE IS DUE AND PAYABLE UPON RECEIPT
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

### INVOICE SUMMARY

*For Professional Services Rendered Through May 31, 2012:*

Our Matter # 60987.00001
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

| | | |
|---|---|---:|
| Current Fees: | $ | 1,896.00 |
| Total Current Billings For This Matter: | $ | 1,896.00 |
| Balance from Previous Statement: | | 2,244.33 |
| Payments and Other Credits Received: | | 0.00 |
| Prior Outstanding Balance: | | 2,244.33 |
| Total Amount Due: | $ | 4,140.33 |

---

**To Pay by credit card, please complete the information below.**

Credit Card # (Visa, MasterCard, Discover, American Express)    Expiration Date

Amount of Charge    Signature    Daytime Phone No.

**The following information is needed to process a Wire or ACH payment:**

| | | |
|---|---|---|
| **Receiving Bank:** | Name of Account: | Best, Best & Krieger LLP (Concentration Account) |
| Name of Bank: | Branch #: 1496 | Account #: 14961-50991 |
| **Bank of America** | Routing # (wire): | 026009593 |
| **Riverside, CA 92501** | Routing # (ACH): | 122000661 |
| | SWIFT # BOFAUS3N (use for ebanking and/or international transfers) | |
| | Reference Detail: Matter number or Invoice number, if available | |



| Indian Wells | **BEST BEST & KRIEGER** | Sacramento |
|---|---|---|
| (760) 568-2611 | ATTORNEYS AT LAW | (916) 325-4000 |
| Irvine | | San Diego |
| (949) 263-2600 | | (619) 525-1300 |
| Los Angeles | 3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502 | Walnut Creek |
| (213) 617-8100 | Phone: (951) 686-1450 \| Fax: (951) 686-3083 \| www.bbklaw.com | (925) 977-3300 |
| Ontario | Tax ID # 95-2157337 | Washington DC |
| (909) 989-8584 | | (202) 785-0600 |

HONORABLE PATRICIA COWETT  
3100 FRONT STREET  
UNIT D  
SAN DIEGO, CA 92103

July 12, 2012  
Invoice 682309  
JBG  
Page  1

## INVOICE SUMMARY

*For Professional Services Rendered Through June 30, 2012:*

Our Matter # 60987.00001  
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

| | | |
|---|---|---|
| Current Fees: | $ | 1,320.00 |
| Total Current Billings For This Matter: | $ | 1,320.00 |
| Balance from Previous Statement: | | 4,140.33 |
| Payments and Other Credits Received: | | 0.00 |
| Prior Outstanding Balance: | | 4,140.33 |
| Total Amount Due: | $ | 5,460.33 |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**

Our Matter # 60987.00001  
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

July 12, 2012  
Invoice 682309  
Page 2

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 06/04/12 | EVALUATION RE ▓▓▓▓; EMAIL TO ▓▓▓ RE ▓▓▓<br>ASSOCIATE: ADRIANA SANCHEZ | 0.40 |
| 06/11/12 | FOLLOW-UP EMAILS TO ▓▓▓▓; REVIEW CURRENT PLEADINGS<br>ASSOCIATE: ADRIANA SANCHEZ | 0.40 |
| 06/13/12 | EMAILS WITH COUNSEL RE ▓▓▓; EVALUATION RE ▓▓▓; EVALUATION RE PLEADINGS; VOICEMAILS FROM ▓▓▓; T/CONF W/ ▓▓▓<br>ASSOCIATE: ADRIANA SANCHEZ | 2.30 |
| 06/25/12 | EMAILS RE ▓▓▓; EVALUATION RE DOCUMENTS AND PLEADINGS FOR SAME<br>ASSOCIATE: ADRIANA SANCHEZ | 1.10 |
| 06/26/12 | EVALUATION RE ▓▓▓▓<br>ASSOCIATE: ADRIANA SANCHEZ | 0.20 |
| 06/27/12 | EVALUATION RE ▓▓▓▓; REVIEW ▓▓▓; NOTES RE SAME<br>ASSOCIATE: ADRIANA SANCHEZ | 1.10 |

**Summary of Fees:**

| Timekeeper | Title | Hours | Rate/Hr | Amount |
|---|---|---|---|---|
| ADRIANA SANCHEZ | ASSOCIATE | 5.50 | 240.00 | 1,320.00 |
| | Total Hours: | 5.50 | | |

| | | |
|---|---|---|
| | Total Fees for Professional Services | $ 1,320.00 |
| | Total Current Billings For This Matter: | $ 1,320.00 |

*Privileged and Confidential*

Indian Wells
(760) 568-2611

Irvine
(949) 263-2600

Los Angeles
(213) 617-8100

Ontario
(909) 989-8584

# BBK

## BEST BEST & KRIEGER
ATTORNEYS AT LAW

3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502
Phone: (951) 686-1450 | Fax: (951) 686-3083 | www.bbklaw.com
Tax ID # 95-2157337

Sacramento
(916) 325-4000

San Diego
(619) 525-1300

Walnut Creek
(925) 977-3300

Washington DC
(202) 785-0600

HONORABLE PATRICIA COWETT
3100 FRONT STREET
UNIT D
SAN DIEGO, CA 92103

July 12, 2012
Invoice 682309
JBG

INVOICE IS DUE AND PAYABLE UPON RECEIPT
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

## INVOICE SUMMARY

*For Professional Services Rendered Through June 30, 2012:*

Our Matter # 60987.00001
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

| | | |
|---|---|---|
| Current Fees: | $ | 1,320.00 |
| Total Current Billings For This Matter: | $ | 1,320.00 |
| Balance from Previous Statement: | | 4,140.33 |
| Payments and Other Credits Received: | | 0.00 |
| Prior Outstanding Balance: | | 4,140.33 |
| Total Amount Due: | $ | 5,460.33 |

---

**To Pay by credit card, please complete the information below.**

Credit Card # (Visa, MasterCard, Discover, American Express)      Expiration Date

Amount of Charge    Signature                                      Daytime Phone No.

The following information is needed to process a Wire or ACH payment:

**Receiving Bank:**          Name of Account:         Best, Best & Krieger LLP (Concentration Account)
Name of Bank:               Branch #: 1496           Account #: 14961-50991
**Bank of America**         Routing # (wire):        026009593
Riverside, CA 92501         Routing # (ACH):         122000661
                            SWIFT #   BOFAUS3N (use for ebanking and/or international transfers)
                            Reference Detail: Matter number or Invoice number, if available