
**BEST BEST & KRIEGER**
ATTORNEYS AT LAW

3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502
Phone: (951) 686-1450 | Fax: (951) 686-3083 | www.bbklaw.com
Tax ID # 95-2157337

Indian Wells
(760) 568-2611

Irvine
(949) 263-2600

Los Angeles
(213) 617-8100

Ontario
(909) 989-8584

Sacramento
(916) 325-4000

San Diego
(619) 525-1300

Walnut Creek
(925) 977-3300

Washington DC
(202) 785-0600

HONORABLE PATRICIA COWETT
3100 FRONT STREET
UNIT D
SAN DIEGO, CA 92103

July 31, 2012
Invoice 683056
JBG
Page 1

## INVOICE SUMMARY

*For Professional Services Rendered Through July 31, 2012:*

Our Matter # 60987.00001
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

| | | |
|---|---|---|
| Current Fees: | $ | 7,601.00 |
| Current Reimbursable Costs: | | 16.97 |
| Total Current Billings For This Matter: | $ | 7,617.97 |
| Balance from Previous Statement: | | 5,460.33 |
| Payments and Other Credits Received: | | 0.00 |
| Prior Outstanding Balance: | | 5,460.33 |
| Late Charge: | | 22.44 |
| Total Amount Due: | $ | 13,100.74 |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**



Indian Wells
(760) 568-2611
Irvine
(949) 263-2600
Los Angeles
(213) 617-8100
Ontario
(909) 989-8584

**Best Best & Krieger**
ATTORNEYS AT LAW

3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502
Phone: (951) 686-1450 | Fax: (951) 686-3083 | www.bbklaw.com
Tax ID # 95-2157337

Sacramento
(916) 325-4000
San Diego
(619) 525-1300
Walnut Creek
(925) 977-3300
Washington DC
(202) 785-0600

Our Matter # 60987.00001
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

July 31, 2012
Invoice 683056
Page 2

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 07/11/12 | EMAILS RE ▓▓▓; RESEARCH RE ▓▓▓; T/CONF WITH ▓▓▓ RE SAME<br>ASSOCIATE: ADRIANA SANCHEZ | 1.20 |
| 07/16/12 | DOCKET PRETRIAL CONF AND SCHEDULING ORDER, CALCULATE DEADLINES, GENERATE REPORT (.2)<br>PARALEGAL: MARIE MILOVANOVICH | 0.20 |
| 07/16/12 | EMAILS RE ▓▓▓; EVALUATION RE PLEADINGS ▓▓▓<br>ASSOCIATE: ADRIANA SANCHEZ | 0.30 |
| 07/17/12 | EVALUATION RE ▓▓▓; RESEARCH RE SAME; EMAILS RE ▓▓▓; T/CONF W/ ▓▓▓ RE SAME; T/CONF W/ ▓▓▓ RE SAME<br>ASSOCIATE: ADRIANA SANCHEZ | 1.90 |
| 07/18/12 | T/CONF W/ ▓▓▓ RE ▓▓▓; REVIEW ORDER FROM COURT; CONTINUE RESEARCH RE ▓▓▓; RESEARCH RE ▓▓▓<br>ASSOCIATE: ADRIANA SANCHEZ | 1.20 |
| 07/19/12 | CONTINUE RESEARCH RE ▓▓▓; DISCUSSIONS WITH ▓▓▓ RE SAME; DISCUSSIONS WITH ▓▓▓ RE SAME; EMAILS RE ▓▓▓; ATTEND TELEPHONIC DISCOVERY CONFERENCE WITH COURT RE SETTLEMENT<br>ASSOCIATE: ADRIANA SANCHEZ | 3.60 |
| 07/20/12 | T/CONF W/ ▓▓▓; T/CONF W/ ▓▓▓; T/CONF W/ ▓▓▓; EMAILS RE ▓▓▓; EMAILS RE ▓▓▓; EMAILS ▓▓▓, EMAILS RE ▓▓▓; REVIEW PLEADINGS<br>ASSOCIATE: ADRIANA SANCHEZ | 3.20 |
| 07/23/12 | EVALUATION/REVIEW RE ▓▓▓; EVALUATION/REVIEW RE ▓▓▓; EVALUATION/REVIEW RE ▓▓▓; T/CONF W/ ▓▓▓ RE SAME; RESEARCH RE ▓▓▓; T/CONF W/ ATTY ▓▓▓<br>ASSOCIATE: ADRIANA SANCHEZ | 2.40 |

*Privileged and Confidential*



**Best Best & Krieger**
ATTORNEYS AT LAW

3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502
Phone: (951) 686-1450 | Fax: (951) 686-3083 | www.bbklaw.com
Tax ID # 95-2157337

Indian Wells
(760) 568-2611
Irvine
(949) 263-2600
Los Angeles
(213) 617-8100
Ontario
(909) 989-8584

Sacramento
(916) 325-4000
San Diego
(619) 525-1300
Walnut Creek
(925) 977-3300
Washington DC
(202) 785-0600

Our Matter # 60987.00001
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

July 31, 2012
Invoice 683056
Page 3

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 07/24/12 | CONTINUE EVALUATION/REVIEW RE ▮; CONTINUE EVALUATION/REVIEW RE ▮; CONTINUE EVALUATION/REVIEW RE ▮; T/CONF W/ ▮ RE SAME; RESEARCH RE ▮; T/CONF W/ ▮<br>ASSOCIATE: ADRIANA SANCHEZ | 3.20 |
| 07/25/12 | EMAILS AND TELEPHONE CALLS RE ▮; RESEARCH RE ▮; CONTINUE EVALUATION RE ▮<br>ASSOCIATE: ADRIANA SANCHEZ | 3.40 |
| 07/26/12 | T/CONF W/ ▮ RE ▮; EMAILS RE ▮; EMAILS RE ▮; REVIEW SAME; EMAILS RE ▮; REVIEW SAME; T/CONF W/ ▮; REVIEW ▮; RESEARCH RE SAME<br>ASSOCIATE: ADRIANA SANCHEZ | 3.10 |
| 07/27/12 | CONTINUE TO REVIEW ▮ EDITS RE SAME; EMAILS RE SAME; EMAILS RE ▮; EMAILS RE COURT PROCEEDINGS; REVIEW CORRESPONDENCE FROM ▮ RE ▮; REVIEW EMAILS RE SAME; EMAILS RE MINORS DEPOSITIONS AND COURT CONFERENCE CALL; PREPARE ▮<br>ASSOCIATE: ADRIANA SANCHEZ | 4.70 |
| 07/30/12 | RESEARCH RE ▮; EMAILS RE ▮; TELEPHONE CALLS WITH ▮ RE SAME; EVALUATION RE ▮ RESEARCH RE SAME; EMAILS RE SAME<br>ASSOCIATE: ADRIANA SANCHEZ | 3.30 |

**Summary of Fees:**

| Timekeeper | Title | Hours | Rate/Hr | Amount |
|---|---|---|---|---|
| ADRIANA SANCHEZ | ASSOCIATE | 31.50 | 240.00 | 7,560.00 |
| MARIE MILOVANOVICH | PARALEGAL | 0.20 | 205.00 | 41.00 |
| | Total Hours: | 31.70 | | |

*Privileged and Confidential*



**BEST BEST & KRIEGER**
ATTORNEYS AT LAW

3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502
Phone: (951) 686-1450 | Fax: (951) 686-3083 | www.bbklaw.com
Tax ID # 95-2157337

Indian Wells
(760) 568-2611

Irvine
(949) 263-2600

Los Angeles
(213) 617-8100

Ontario
(909) 989-8584

Sacramento
(916) 325-4000

San Diego
(619) 525-1300

Walnut Creek
(925) 977-3300

Washington DC
(202) 785-0600

Our Matter # 60987.00001
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

July 31, 2012
Invoice 683056
Page 4

|  |  | Total Fees for Professional Services | $ | 7,601.00 |
|---|---|---|---|---|

**Reimbursable Costs:**

ON-LINE RESEARCH

| 06/30/12 | ON LINE RESEARCH FOR 04/1/12 TO 06/30/12 - PACER SERVICE CENTER |  | 1.50 |
|---|---|---|---|
|  | SUBTOTAL: |  | 1.50 |
| 07/31/12 | PRINT COST |  | 15.47 |
|  | Total Reimbursable Costs | $ | 16.97 |
|  | Total Current Billings For This Matter: | $ | 7,617.97 |

| Indian Wells | | Sacramento |
| (760) 568-2611 | | (916) 325-4000 |
| Irvine | **BB&K** | San Diego |
| (949) 263-2600 | **BEST BEST & KRIEGER** | (619) 525-1300 |
| Los Angeles | ATTORNEYS AT LAW | Walnut Creek |
| (213) 617-8100 | 3390 University Avenue, 5th Floor, P.O. Box 1028, Riverside, CA 92502 | (925) 977-3300 |
| Ontario | Phone: (951) 686-1450 \| Fax: (951) 686-3083 \| www.bbklaw.com | Washington DC |
| (909) 989-8584 | Tax ID # 95-2157337 | (202) 785-0600 |

HONORABLE PATRICIA COWETT  
3100 FRONT STREET  
UNIT D  
SAN DIEGO, CA 92103

July 31, 2012  
Invoice 683056  
JBG

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**  
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

**INVOICE SUMMARY**

*For Professional Services Rendered Through July 31, 2012:*

Our Matter # 60987.00001  
Re: STONEBREAKER V. THE GUARDIAN LIFE INSURANCE COMPANY, ET AL.

| | |
|---|---|
| Current Fees: | $ 7,601.00 |
| Current Reimbursable Costs: | 16.97 |
| Total Current Billings For This Matter: | $ 7,617.97 |
| Balance from Previous Statement: | 5,460.33 |
| Payments and Other Credits Received: | 0.00 |
| Prior Outstanding Balance: | 5,460.33 |
| Late Charge: | 22.44 |
| **Total Amount Due:** | **$ 13,100.74** |

---

To Pay by credit card, please complete the information below.

Credit Card # (Visa, MasterCard, Discover, American Express)        Expiration Date

Amount of Charge        Signature        Daytime Phone No.

The following information is needed to process a Wire or ACH payment:

**Receiving Bank:**  Name of Account:  Best, Best & Krieger LLP (Concentration Account)  
**Name of Bank:**  Branch #: 1496  Account #: 14961-50991  
**Bank of America**  Routing # (wire):  026009593  
**Riverside, CA 92501**  Routing # (ACH):  122000661  
SWIFT # BOFAUS3N (use for ebanking and/or international transfers)  
Reference Detail: Matter number or Invoice number, if available